823



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. 0-6586
Re: Whether money received from sale of school property may be used for the purpose of repairing the county roads over which district's school bus runs -

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"The trustees of the Harbin Common School District No. 36 of Erath County are disposing of some property which belongs to their school district, and are wanting to know if the money which they receive from the sale of this property can be used for the purpose of repairing the county roads over which their school bus runs."

Article 2753, Vernon's Annotated Texas Civil Statutes, reads as follows:

"The trustees of any school district, upon the order of the county trustees prescribing the terms thereof, when deemed advisable, may make sale of any property belonging to said school district, and apply the proceeds to the purchase of necessary grounds, or to the building or repairing of schoolhouses, or place the proceeds to the credit of the available school fund of the district."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

The above quoted article (2753) applies to common school districts. See R. B. Spencer & Co. v. Brown, 198 S.W. 1179.

By virtue of constitutional and statutory provisions, the Commissioners' Court is made a court of general jurisdiction for the establishment of roads. 21 Texas Jurisprudence p. 570.

Article 2351, Vernon's Annotated Texas Civil Statutes, reads in part as follows:

"Each Commissioners' Court shall:

". . .

"3. Lay out and establish, change and discontinue public roads and highways.

". . .

"6. Exercise general control over all roads, highways, ferries and bridges in their counties.

You are respectfully advised that it is the opinion of this department that the proceeds realized from the sale of the school property of Harbin Common School District cannot lawfully be expended for the building or repairing of county roads over which the school bus of such district runs. Article 2753, supra, directs how such proceeds shall be applied or placed.

We also enclose herewith for your information a copy of Opinion No. 0-5174 of this department which deals with a situation involving the custody of proceeds from the sale of common school district land where such district has become non-existent.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  Wm. J. Fanning
Assistant

APPROVED MAY 22, 1945
ATTORNEY GENERAL OF TEXAS

WJF:BT

APPROVED
OPINION
COMMITTEE